SCPW-18-0000371

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DIANNA NALANI KUPAHU, Petitioner,

vs.

THE HONORABLE JEANNETTE H. CASTAGNETTI, Judge of the Circuit
Court of the First Circuit, State of Hawaiʻi, Respondent Judge,

and

FEDERAL NATIONAL MORTGAGE ASSOCIATION; HALE AUPUNI
COMMUNITY ASSOCIATION, Respondents.

---

ORIGINAL PROCEEDING
(CIV. NO. 12-1-2882)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Dianna Nalani Kupahu's emergency petition for writ of mandamus, filed on April 30, 2018, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioner fails to demonstrate that she is entitled to the requested writ of mandamus. See Kema v. Gaddis, 91 Hawaiʻi 200, 204-05, 982 P.2d 334, 338-39 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action; where a court

has discretion to act, mandamus will not lie to interfere with or control the exercise of that discretion, even when the judge has acted erroneously, unless the judge has exceeded his or her jurisdiction, has committed a flagrant and manifest abuse of discretion, or has refused to act on a subject properly before the court under circumstances in which he or she has a legal duty to act).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, May 8, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

